UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division
Case Number: 13-14047-CR-MARTINEZ-LYNCH

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ANTHONY I. JOHNSON,
    Defendant.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE LYNCH'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Frank J. Lynch, Jr., United States Magistrate Judge for a Report and Recommendation on Defendant Anthony I. Johnson's Motion to Suppress Evidence and Statements (D.E. No. 170). Magistrate Judge Lynch filed a Report and Recommendation (D.E. No. 194), recommending that the motion to suppress be denied. The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ADJUDGED** that United States Magistrate Judge Lynch's Report and Recommendation (D.E. No. 194) is **AFFIRMED** and **ADOPTED**. Accordingly, it is:

**ADJUDGED** that

Defendant Anthony I. Johnson's Motion to Suppress Evidence and Statements (D.E. No. 170) is **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 22nd day of January, 2014.

                                                JOSE E. MARTINEZ
                                                UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record