UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 13-14047-CR-MARTINEZ/LYNCH(s)(s)(s)(s)

UNITED STATES OF AMERICA

      Plaintiff,

vs.

ANTHONY ISAAC JOHNSON,

      Defendant.

_____/

## ORDER ADOPTING MAGISTRATE'S REPORT AND RECOMMENDATION

**THIS CAUSE** came before the Court upon the Order of Reference from the District Court to conduct a Change of Plea before a Magistrate Judge.

**THE MATTER** was referred to Magistrate Judge Frank J. Lynch Jr, on May 2, 2014. A Report and Recommendation was filed on May 9, 2014, (DE 329), recommending that the Defendant's plea of guilty be accepted. During the Change of Plea hearing, the Magistrate Judge questioned the Defendant regarding her waiver of appeal in which the Defendant acknowledged on the record that she was waiving or giving up all rights to appeal any sentence imposed by the District Court in this case except under the limited circumstances contained within the appeal waiver provision from the Plea Agreement.

The parties were afforded the opportunity to file objections to the Report and Recommendation, however none were filed. The Court has reviewed the entire file and record and notes that no objections have been filed. After careful consideration, the Court affirms and adopts the Report and Recommendation. Accordingly, it is hereby:

**ORDERED AND ADJUDGED** that

The Report and Recommendation (DE 329) of United States Magistrate Judge Frank J. Lynch Jr, is hereby **AFFIRMED and ADOPTED** in its entirety.

The Defendant is adjudged guilty to Counts Five and Seven of the Fourth Superseding Indictment, which charges the Defendant in Counts 5and 7: with knowingly using and carrying a firearm during and in relation to a crime of violence and knowingly possessing a firearm in furtherance of a crime of violence (brandished), in violation of Title 18, United States Code, Sections 924(c)(1)(A)(ii) and (2).

**DONE AND ORDERED** in Chambers at Miami, Florida, this⎯day of May, 2014.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copied: Hon. Magistrate Lynch
All Counsel Of Record
U.S. Probation Office