UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Ft. Pierce Division
**Case Number: 13-14047-CR-MARTINEZ-LYNCH**

UNITED STATES OF AMERICA,
    Plaintiff,

vs.

ANTHONY I. JOHNSON,
    Defendant.
_____/

## ORDER ADOPTING IN PART MAGISTRATE JUDGE LYNCH'S REPORT AND RECOMMENDATION

THE MATTER was referred to the Honorable Frank J. Lynch, Jr., United States Magistrate Judge for a Report and Recommendation on defense counsel, Valentine Rodriguez's, CJA Voucher for Attorney's Fees [ECF No. 400]. Magistrate Judge Lynch filed a Report and Recommendation [ECF No. 401], recommending that the CJA Voucher be granted insofar as Mr. Rodriguez be awarded the statutory maximum of $9,800.00 as reasonable attorney's fees together with travel expenses in the amount of $802.75 and other expenses in the amount of $164.05, for a total sum of $10,766.80. Mr. Rodriguez objected to Judge Lynch's findings, arguing that the facts of the case made it extended and complex, thus entitling Mr. Rodriguez to $14,061.80 in attorneys fees and costs [ECF No. 402].

The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present. Judge Lynch conducted a thorough analysis of the merits of Mr. Rodriguez's request to exceed the statutory maximum. Although Judge Lynch found that the case was neither extended or complex, it is apparent that he did not arrive at this conclusion without difficulty. While acknowledging that this is a close call, the Court respectfully disagrees with Judge Lynch's conclusion. This particular CJA assignment required a suppression hearing on January 8, 2014, where numerous witnesses were presented and cross-examined. The case also involved a defendant who was a suspect in five distinct bank robberies which involved different co-

defendants, different banks, and different jurisdictions. Therefore, after careful consideration, the Court finds this case was sufficiently extended and complex to justify exceeding the statutory cap. The Court thus affirms and adopts the Report and Recommendation in part, finding that Mr. Rodriguez is entitled to the total amount of attorney's fees sought as adjusted by the CJA Administrator in addition to the requested expenses. Accordingly, it is hereby:

**ADJUDGED** that United States Magistrate Judge Lynch's Report and Recommendation [ECF No. 401] is **AFFIRMED IN PART** and **ADOPTED IN PART**. Accordingly, it is:

**ADJUDGED** that the CJA Voucher #FLS 13-1041 is **GRANTED**. Defendant's counsel, Valentin Rodriguez, is entitled to $14,061.80 as reasonable attorney's fees together with travel expenses in the amount of $802.75 and other expenses in the amount of $164.05, for a total sum of $15,028.60.

DONE AND ORDERED in Chambers at Miami, Florida, this 8 day of January, 2015.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Lynch
All Counsel of Record